**Dorothy DOUGHERTY, Appellant, v. Frank C. DOUGHERTY et al., Appellees (four cases).**

Nos. 7407, 7620–7622.

Circuit Court of Appeals, Ninth Circuit.

Oct. 8, 1934.

Cosgrove & O'Neil and Homer N. Boardman, all of Los Angeles, Cal., for appellant.

James Farraher, of San Francisco, Cal., for appellee Dougherty and others.

Dockweiler & Dockweiler, of Los Angeles, Cal., for appellee Getty.

Everts, Ewing, Wild & Everts and A. W. Carlson, all of Fresno, Cal., for appellee Standard Oil Co.

Humphrey, Searls, Doyle & McMillan and Robert M. Searls, all of San Francisco, Cal., for appellee Associated Oil.

Before WILBUR, SAWTELLE, and GARRECHT, Circuit Judges.

PER CURIAM.

Upon stipulations of counsel for respective parties, ordered appeal in each of above causes dismissed, without costs to either party, decrees of dismissal filed and entered, and mandates forthwith.